JS-6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEP

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| FLOYD WILLIAMS III,<br><br>    Plaintiff,<br><br>    v.<br><br>P. TONRA, et al.,<br><br>    Defendants. | Case No. EDCV 08-0189-CBM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: 12/4/08

Consuelo B. Marshall
United States District Judge